## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH, MATTHEW LYNN HOFFACKER, as the executor of the estate of Troby Lane Parrish,<br><br>                    Plaintiffs,<br><br>          v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>                    Defendant. | Case No.: 1:22-cv-11963-GAO |

## <u>DECLARATION OF MARY ELIZABETH DENMARK</u>

I, Mary Elizabeth Denmark, hereby state and declare as follows:

1.      I am employed by Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") as the Head of the U.S. People Advisory Group ("PAG").  I have held this position since February 2020.  As Head of the PAG, I support the human resources administration for Takeda's United States Region, which includes employee relations, human resources, communications, and employee engagement. I was also involved in developing Takeda policies related to the COVID-19 pandemic. The following is based on my personal knowledge and review of information available to me in my job capacity with Takeda.

2.      In August 2021, Takeda decided to implement a policy to require all field-based employees to become vaccinated against the COVID-19 virus, absent a medical or religious exemption (the "Vaccine Policy").

3.     In evaluating religious exemption requests, Takeda did not scrutinize employees' stated religious beliefs unless they were facially deficient, untruthful, or otherwise invalid.

4.     Takeda received requests for exemption from the Vaccine Policy on religious grounds from Lisa Amoson, Robb Huck, Alecia Ramsey, Larry Harold Savage, Jillyn Schmidt, Sandra Salazar Silva, Britt Harold Singleton, and Susan Welch.

5.     Takeda evaluated each of these religious exemption requests consistent with its established process and focused on the hardship presented by each request.

6.     A true and correct copy of Ms. Amoson's Sales Representative job description is attached hereto as **Exhibit A**.

7.     A true and correct copy of Mr. Huck's Senior Sales Representative job description is attached hereto as **Exhibit B**.

8.     A true and correct copy of Ms. Ramsey's Regional Sales Trainer job description is attached hereto as **Exhibit C**.

9.     A true and correct copy of Mr. Savage's Territory Business Manager job description is attached hereto as **Exhibit D**.

10.     A true and correct copy of Ms. Schmidt's Senior Sales Representative job description is attached hereto as **Exhibit E**.

11.     A true and correct copy of Ms. Silva's Senior Sales Representative job description is attached hereto as **Exhibit F**.

12.     A true and correct copy of Mr. Singleton's Patient Access Manager job description is attached hereto as **Exhibit G**.

13.     A true and correct copy of Ms. Welch's Senior Sales Representative job description is attached hereto as **Exhibit I**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

02-Aug-2024 | 23:26 JST
_____
Date

DocuSigned by:

_Mary Denmark_
_____
E71625E519EB3F7D
Mary Elizabeth Denmark

# Exhibit A

5/3/22, 10:31 AM                    R0015056 Sales Representative ( Eugene, OR) NSF/PCP - Workday



## R0015056 Sales Representative ( Eugene, OR) NSF/PCP (Filled)

| | | |
|---|---|---|
| Recruiting Start Date | 12/04/2019 - 2 years ago | ● Steve Severino |
| Target Hire Date | 12/20/2019 - 2 years ago | Hiring Manager |
| Primary Location | ⊙ USA - Deerfield - Sales Remote (inactive) | |

Overview    Candidates    **Details**    Organizations    Job Postings

**Details**    Additional Data    Support Roles (Job Requisition)



( Copy To Create Job Requisition )

### Requisition Details                          ### Hiring Requirements

#### Job Details

| Job Requisition | R0015056 Sales Representative ( Eugene, OR) NSF/PCP (Filled) |
|---|---|
| | |

| Job Profile | USA - Sales Rep |
|---|---|
| Job Families for Job Profiles | Sales - Field |

| Supervisory Organization | Pacific Northwest (Steve Severino) |
|---|---|

| Worker Sub-Type | Regular |
|---|---|

| Number of Openings | 0 available | 0 unavailable | 1 filled | 1 total |
|---|---|

| Worker Type | Employee |
|---|---|
| Time Type | Full time |

| Referral Payment Plan | (empty) |
|---|---|
| Inbound Process | Hire: Lisa Amoson |

| Compensation Grade | USA - General Medicine Sales |
|---|---|

| Available For Hire | No |
|---|---|
| Hiring Freeze | No |

| Primary Location | ⊙ USA - Deerfield - Sales Remote (inactive) |
|---|---|

| Requester | Sergio Gonzalez |
|---|---|

| Primary Job Posting Location | ⊙ Medford-Eugene OR |
|---|---|

TAKEDA_018714

5/3/22, 10:31 AM                    R0015056 Sales Representative ( Eugene, OR) NSF/PCP - Workday

Gonzalez                                                                    Eugene OR, OR

| | | | |
|---|---|---|---|
| Job Application Template | Job Application Default Template effective 03/01/2018, 5:07 PM | Additional Locations | (empty) |
| | | Additional Job Posting Locations | (empty) |
| | | Scheduled Weekly Hours | 40 |
| Primary Internal Questionnaire | (empty) | Work Shift | (empty) |
| Secondary Internal Questionnaire | (empty) | | |
| Primary External Questionnaire | USA - U.S.A. External Questionnaire | Recruiting Start Date | 12/04/2019 |
| | | Target Hire Date | 12/20/2019 |
| | | Target End Date | (empty) |
| Secondary External Questionnaire | (empty) | | |

## Additional Information

| | | | |
|---|---|---|---|
| Recruiting Self-Schedule Calendars | (empty) | Union Membership from Job Profile | (empty) |
| Reference Template | (empty) | Allowed Unions from Job Profile | (empty) |
| Replacement For | Travis Myatt (Terminated) | | |
| Job Posting Title | Sales Representative ( Eugene, OR) NSF/PCP | | |

Job Description

**OBJECTIVES:**

The Takeda sales representative is responsible for selling the Takeda family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

**ACCOUNTABILITIES:**

- Utilize effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products.  Execute brand strategies to ensure a consistent company sales and marketing message.
- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.
- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.
- Utilize sales tools, resources  and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.
- Report and monitor sample and literature use, and maintain accu-

TAKEDA_018715

- Report and monitor sample and literature use, and maintain accurate records.
- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other health-care providers (HCP's).
- Collaborate with partners on routing and resource utilization to maximize overall footprint performance.
- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.
- Attend all company-sponsored sales and medical meetings as directed by company management.
- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.
- Perform Company business in accordance with all regulations, Company policy and procedures.  Demonstrate high ethical and professional standards at all times.
- Additional duties may be assigned.

**EDUCATION, EXPERIENCE AND SKILLS:**

**Education and Experience:**
**Required:**

- Bachelor's degree

- Proficient in MS Office Suite

**LICENSES/CERTIFICATIONS:**

- Valid driver's license required.

**TRAVEL REQUIREMENTS:**

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

Additional Job Description

> ## Attachments

> ## Business Process History

TAKEDA_018716

# Exhibit B



| Job Description / Role Profile | |
| --- | --- |

| Job/Position: | **Sr Sales Rep** | Job Code: | 50002593 |
| --- | --- | --- | --- |
| BU/Organization: | US Business Unit/ Neuroscience | Department: | Field Sales |
| Location: | | | |
| Global Reporting Level (CEO=1): | | Line Manager's Job/Position Title: | District Business Manager |

### OBJECTIVES/PURPOSE: *(3-4 bullets)*

The Takeda senior sales representative is responsible for selling the Takeda's family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

### SCOPE:

| **Financial:** | Est. annual revenue range of accountability*: | _____ Oku Yen |
| --- | --- | --- |
| | Est. annual budget of responsibility: | _____ Oku Yen |

**Leadership/People:**    No. of direct reports: _____    No. of indirect reports: _____

**Geographic Scope:**    Global:_____    Regional:__X__

Countries    United States of America
_____

*if applicable

### ACCOUNTABILITIES: *(Describe the primary duties and responsibilities of the job. Include only the essential functions of the job. Approximately 5 – 10 bulleted task statements should be identified).*

- Utilizes effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.
- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.
- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.
- Utilizes sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.
- Report and monitor sample and literature use, and maintain accurate records.
- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).

TAKEDA_017487



| Job Description / Role Profile |
| --- |

- Actively monitors local market conditions for changes that impact business and takes action based on identified needs. Proactively execute plans to maximize selling resources. Models business techniques to peers that maximize sales opportunities across the district.

- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.

- Assist District Manager as needed with facilitating district meetings while modeling appropriate behavior in trying circumstances, proactively communicate strategies and model business techniques that maximize sales opportunities across the district. Share developmental experiences and encourage others to do the same.

- Assist District Manager to address district needs and and provide training/mentoring of new sales representatives.

- Collobrate with partners on routing and resource utilization to drive overall footprint performance.

- Attend all company-sponsored sales and medical meetings as directed by company management.

- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.

- Perform all Company business in accordance with all regulations, Company policy and procedures. Demonstrate high ethical and professional standards at all times.

- Additional duties may be assigned.

*CORE ELEMENTS RELATED TO THIS ROLE:* *(Describe what is critical and/or what differentiates this role).*

*DIMENSIONS AND ASPECTS:*

**Technical/Functional (Line) Expertise** *(Breadth and depth of knowledge, application and complexity of technical knowledge)*

**Leadership** *(Vision, strategy and business alignment, people management, communication, influencing others, managing change)*

**Decision-making and Autonomy** *(The capacity and authority to make organizational decisions, autonomy in decision-making, complexity of decisions, impact of decisions, problem-solving)*

**Interaction** *(The span and nature of one's engagement with others when performing one's job, internal and external relationships)*

TAKEDA_017488



## Job Description / Role Profile

**Innovation** *(The required level of scientific knowledge, knowledge sharing, innovation and risk taking)*

**Complexity** *(Products managed, mix of businesses, internal and/or external business environment, cultural considerations)*

***EDUCATION, BEHAVIOURAL COMPETENCIES AND SKILLS:*** *(List the essential and desir-able education and competency requirements to perform the primary responsibilities of the job.  Any minimum requirements should be noted.)*

**Required:**

- Bachelor's degree
- *Career Path Criteria:*
    - Two years minimum pharma sales, 1 year minimum Takeda sales
    - One "Exceeds Expectations" within most recent two years at Takeda
    - See  additional *Career Path* criteria

***ADDITIONAL INFORMATION:*** *(Add any information legally required for your country here*

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

| Date: | Completed by: |
|-------|---------------|
|       |               |

*For HR use only:*

| Legacy Organization: | |
|----------------------|--|
| Legacy Level/Role: | |

TAKEDA_017489

# Exhibit C

## Job Description Form

| Job Title: | Regional Sales Trainer  (was Area Sales Trainer) |
|---|---|
| Reports To (Title): | Regional Business Director OR Director, Field Sales Training |
| Function: | Sales |
| Department: | Field Sales OR Sales Training and Leadership Development |
| Written By: | Michael Bell |
| Date Written: | June 2016 |
| Job Code: | 60030649 |
| Effective Date: | 7/1/2016 |
| Comp Consultant: | Team |

**OBJECTIVES:**

The purpose of the Regional Trainer position is to optimize our overall sales force's effectiveness (SFE) by supporting the training needs of the Regional Business Directors and the Sales Training Department. Responsibilities are to be split between field based training programs designed to support skills tied to Local Business Ownership and training initiatives associated with the Sales Training Department to include Initial Sales Training, Brand POA pull through and ad hoc projects that require resources beyond Home Office capacity.  All training deliverables will be aligned to current brand and sales strategies and meet all MRL requirements. Regionally based training content can be determined by Sales Training, the Brand Teams and Field Sales Advisors (AVPs and RBDs) through assessments related to our current execution.  Regional Sales Trainers will serve as important link in our continuous learning feedback loop regarding overall our sales execution.

**ACCOUNTABILITIES:**

- Partners with Sales Training and the Field Sales Advisors (AVPs and RBDs) to assess SFE associated with the execution of brand and sales strategies at the local level.
- Participates in the development of field based training initiatives that will support local business needs, Local business needs include business acumen tied to local market dynamics (payers, IDNs, ACOs, etc…) and associated selling skills.  Key influencers of training needs include Sales Training, Field Sales Advisors and the Brand teams.
- Facilitates pre-determined Regional based training designed to positively impact our SFE and execution.
- Coordinates the logistics associated with Initial Sales Training and facilitates Initial Sales Training classes.
- Conducts POA training associated with Brand and Sales strategy
- Participates in ad hoc projects tied to Brand and Sales strategy
- Participates in all Train the Trainers aligned with IST, POAs and ad hoc projects aligned with Brand and Sales strategies.
- Provides developmental feedback and coaching to Representatives within the training environment.
- Collaborates with Sales Training and Field Sales Leadership to ensure optimal pull-through of all training programs to include: Initial Sales Training,  Brand initiatives, Assertive Selling Skills, and Strategic Territory Management.
- Serves as a resource to Sales Training, Sales and Marketing for continuous learning related to sales execution and competitive field intelligence through on-going collaboration with Sales, attendance at advisory panels and occasional ride-alongs.
- Conducts training using various mediums such as:  Web-Ex, video conferencing and in-person facilitation.
- Maintains confidentiality at all times and enforces Sales Training Policies.
- Maintains a high level of market intelligence, including new product training methods and competitive intelligence, training programs and best practices.
- Complies with all Takeda Operational Guidelines and Code of Conduct and ensures that all activities, observed or taught, are also in accordance with these guidelines.

TAKEDA_018334

## Job Description Form

**SCOPE OF SUPERVISION:**

| SUPERVISED | NUMBER OF EMPLOYEES | |
|---|---|---|
| | **Direct** | **In-Direct** |
| **Managers/Supervisors** | 0 | 0 |
| **Exempt/Professional/Technical** | 0 | 0 |
| **Non-Exempt** | 0 | 0 |

**EDUCATION, EXPERIENCE, KNOWLEDGE AND SKILLS:**

- Bachelor's Degree
- Cumulative of four years of pharmaceutical / healthcare related* or teaching/training experience (*Healthcare experience to include buy not limited to:  healthcare sales, clinical experience, clinical education and research) with a minimum one year of experience in sales with Takeda.
- Strong clinical, selling skills and marketplace knowledge.
- Strong communication skills.
- Strong presentation skills

**DESIRED**
- Experience in project management and developing and delivering effective presentations.
- Previous training experience (i.e. Training Lead, Product Lead, Business Lead or Managed Care Liaison).
- Experience in coaching and providing feedback.

**LICENSES/CERTIFICATIONS:**
- Valid driver's license required

**PHYSICAL DEMANDS:**

**TRAVEL REQUIREMENTS:**

- Travel to various meetings or client sites, including overnight trips. Some international travel may be required.
- Approximately 80% travel.

2

TAKEDA_018335

Exhibit D

**Job Title: Territory Business Manager, Plasma Derived Therapies, Alpha-1**

Takeda is a global, values-based, science-driven biopharmaceutical leader headquartered in Japan, committed to bringing **Better Health and a Brighter Future** to patients by translating science into highly innovative medicines.

We are a values-based company that believes in serving the needs of our patients, wherever they are. Our values (Integrity, Fairness, Honesty, and Perseverance), which we call Takeda-isms, have remained strong and steady and are as relevant today as they were in 1781. These values ensure that when we need to make a decision or take an action, we always think about PTRB – first, doing the right thing for **Patients**, reinforcing **Trust** with society, improving our company **Reputation**, and developing our **Business**, in that order. Takeda-isms and our PTRB priorities together guide and unite us towards Better Health and a Brighter Future for people worldwide.

DESCRIPTION:

The Territory Business Manager will be responsible for achieving sales quotas through driving new patient starts, sales in outpatient infusion centers and hospitals, and retention of patients on Takeda augmentation treatment. These efforts occur through a focus on healthcare professionals (Pulmonology, Allergy/Immunology, Respiratory Therapists, select Internal Medicine/Primary Care). The HCPs should be educated and informed on Takeda brands, GLASSIA and ARALAST NP for Alpha-1 Antitrypsin Deficiency. This Individual will be expected to execute on the National Sales and Marketing Strategy in a compliant manner while creating a territory business tactical plan to maximize opportunity.

DUTIES & RESPONSIBILITIES

- The Territory Business Manager (TBM) - Alpha-1 will be responsible for managing the business within a specific geographical territory.
- Calls on prospective customers, masters effective sales presentations, provides technical and administrative product information and/or demonstrations, and maintains compliance to our promotional and expense policies.
- The TBM Alpha-1 will report directly to a Regional Business Director.
- Exact amount of travel required is based on territory size and customer locations, overnight travel could be 35%-50%. Remaining time will be local travel.
- This individual will work in partnership with home office personnel, the Marketing/Brand team and the National and Corporate account teams for pull-through of product sales.
- TBM Alpha-1 will use Microsoft applications as well as Takeda's customer management system.
- This individual must have outstanding organization and prioritization skills. Ability to successfully multitask is pertinent for the role.
- Conducts community education events for healthcare professionals, patients, and must have ability to work occasional nights and weekends.
- Promotes the Takeda Culture through positive ongoing relationships and activities.

REQUIRED QUALIFICATIONS & EXPERIENCE

- TBM will live within territory.
- TBM will manage territory from Border-to-Border.
- Clinical sales background with a bachelor's degree (minimum).
- 7+ years of demonstrated successful relevant healthcare experience in managing and being accountable for own business.
- Demonstrated ability to work cross functionally within the organization, with stakeholders consisting of patient services, customer service, marketing, market access, contracts, national accounts, hospital team, and operations.
- Proven and consistent track record of demonstrated individual results.
- Demonstrated understanding of customers motivations and needs.
- Demonstrated business acumen and strong knowledge of sales processes.
- Background that showcases strong interpersonal and communication skills, both written and oral, as well as negotiation and presentation skills.
- Demonstrated organizational, and territory planning skills are required.
- Experience working with payor and/or reimbursement challenges
- Successful ability to thrive both in team and individual contributor settings.
- Effective at acquiring, analyzing and interpreting data to create effective sales strategies.
- Demonstrated change agility skills.
- Demonstrated results in influencing HCPs (Health Care Professionals) to prescribe
- Ideal Candidate has experience with specialty biologics (injections/infusions) and working with specialty pharmacies.
- Knowledge of and/or experience in Plasma Derived Therapies, Rare diseases, or Biotech is highly desirable.

TAKEDA_018802

# Exhibit E



## Job Description / Role Profile

| | | | |
|---|---|---|---|
| Job/Position: | **Sr Sales Rep** | Job Code: | 50002593 |
| BU/Organization: | US Business Unit/ Neuroscience | Department: | Field Sales |
| Location: | | | |
| Global Reporting Level (CEO=1): | | Line Manager's Job/Position Title: | District Business Manager |

### OBJECTIVES/PURPOSE: *(3-4 bullets)*

The Takeda senior sales representative is responsible for selling the Takeda's family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

### SCOPE:

**Financial:**   Est. annual revenue range of accountability*:   _____Oku Yen

Est. annual budget of responsibility:   _____Oku Yen

**Leadership/People:**   No. of direct reports: _____   No. of indirect reports: _____

**Geographic Scope:**   Global:_____   Regional:__X__

Countries   United States of America
_____

*if applicable

### ACCOUNTABILITIES:  *(Describe the primary duties and responsibilities of the job. Include only the essential functions of the job. Approximately 5 – 10 bulleted task statements should be identified).*

- Utilizes effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products.  Execute brand strategies to ensure a consistent company sales and marketing message.

- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.

- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.

- Utilizes sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.

- Report and monitor sample and literature use, and maintain accurate records.

- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).



## Job Description / Role Profile

- Actively monitors local market conditions for changes that impact business and takes action based on identified needs. Proactively execute plans to maximize selling resources.  Models business techniques to peers that maximize sales opportunities across the district.

- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.

- Assist District Manager as needed with facilitating district meetings while modeling appropriate behavior in trying circumstances, proactively communicate strategies and model business techniques that maximize sales opportunities across the district. Share developmental experiences and encourage others to do the same.

- Assist District Manager to address district needs and and provide training/mentoring of new sales representatives.

- Collobrate with partners on routing and resource utilization to drive overall footprint performance.

- Attend all company-sponsored sales and medical meetings as directed by company management.

- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.

- Perform all Company business in accordance with all regulations, Company policy and procedures.  Demonstrate high ethical and professional standards at all times.

- Additional duties may be assigned.

*CORE ELEMENTS RELATED TO THIS ROLE:*  *(Describe what is critical and/or what differentiates this role).*

*DIMENSIONS AND ASPECTS:*

**Technical/Functional (Line) Expertise** *(Breadth and depth of knowledge, application and complexity of technical knowledge)*

**Leadership** *(Vision, strategy and business alignment, people management, communication, influencing others, managing change)*

**Decision-making and Autonomy** *(The capacity and authority to make organizational decisions, autonomy in decision-making, complexity of decisions, impact of decisions, problem-solving)*

**Interaction** *(The span and nature of one's engagement with others when performing one's job, internal and external relationships)*

TAKEDA 000463



## Job Description / Role Profile

__Innovation__ *(The required level of scientific knowledge, knowledge sharing, innovation and risk taking)*

__Complexity__ *(Products managed, mix of businesses, internal and/or external business environment, cultural considerations)*

***EDUCATION, BEHAVIOURAL COMPETENCIES AND SKILLS:*** *(List the essential and desir-able education and competency requirements to perform the primary responsibilities of the job. Any minimum requirements should be noted.)*

**Required:**

- Bachelor's degree
- *Career Path Criteria:*
  - Two years minimum pharma sales, 1 year minimum Takeda sales
  - One "Exceeds Expectations" within most recent two years at Takeda
  - See additional *Career Path* criteria

***ADDITIONAL INFORMATION:*** *(Add any information legally required for your country here*

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

| Date: | Completed by: |
|-------|---------------|
|       |               |

*For HR use only:*

| Legacy Organization: | |
|----------------------|--|
| Legacy Level/Role: | |

# Exhibit F

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus
Christi, TX) NSF/PCP (Filled)

| | |
|---|---|
| **Recruiting Start Date** | 01/14/2020 - 2 years ago |
| **Target Hire Date** | 02/07/2020 - 2 years ago |
| **Primary Location** | USA - MA - Lexington - Sales Virtual |



Hiring Manager

Stacy Hyde

**Hiring Manager**

## Overview

### Overview

Candidate Pipeline

| | |
|---|---|
| **Active Candidates** | 1 |
| **Referral** | 0 |
| **Internal** | 0 |
| **Inactive** | 36 |

Candidates by Active Stage

| Recruiting Stage Name | Count of Candidates Currently in a Stage | Drop Off | Conversion |
|---|---|---|---|
| Review | 0 | 97% | 3% |
| Screen | 0 | 0% | 100% |
| Assessment | 0 | 0% | 100% |
| Interview | 0 | 0% | 100% |
| Employment Agreement | 0 | 0% | 100% |
| Offer | 0 | 0% | 100% |
| Background Check | 0 | 0% | 100% |
| Ready for Hire | 1 | 0% | 0% |

Candidates by Source

TAKEDA_019638



12:32 PM
07/07/2022
Page 2 of 8

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled)

| Candidates | Recruiting Source |
|---|---|
| 1 | Takeda Contractor/Consultant |
| 5 | Online Job Board |
| 1 | Professional/Social Networking Site |
| 18 | Indeed |
| 10 | LinkedIn |
| 2 | Shire- Employee Referral |

**Candidates**

Candidates

TAKEDA_019639

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus
Christi, TX) NSF/PCP (Filled)

## Details

## Details

**Requisition Details**

| | |
|---|---|
| **Job Requisition** | R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled) |
| **Supervisory Organization** | S TX (Stacy Hyde (Inherited)) |
| **Number of Openings** | 0 available | 0 unavailable | 1 filled | 1 total |
| **Position** | S TX (Stacy Hyde (Inherited)) |
| **Referral Payment Plan** | |
| **Inbound Process** | Hire: Sandy Silva (Retired) |
| **Available For Hire** | No |
| **Hiring Freeze** | No |
| **Requester** | Veronica Gallegos (Terminated) |
| **Job Application Template** | Job Application Default Template effective 03/01/2018, 5:07 PM |
| **Primary Internal Questionnaire** | |
| **Secondary Internal Questionnaire** | |
| **Primary External Questionnaire** | USA - U.S.A. External Questionnaire |
| **Secondary External Questionnaire** | |
| **Recruiting Self-Schedule Calendars** | |
| **Reference Template** | |
| **Replacement For** | |
| **Job Posting Title** | Senior Sales Representative (Corpus Christi, TX) NSF/PCP |

Hiring Requirements

Job Details

| | |
|---|---|
| **Job Profile** | USA - Sales Rep |
| **Job Families for Job Profiles** | Sales - Field |
| **Worker Sub-Type** | Regular |
| **Worker Type** | Employee |
| **Time Type** | Full time |
| **Compensation Grade** | USA - General Medicine Sales |
| **Primary Location** | USA - MA - Lexington - Sales Virtual |
| **Primary Job Posting Location** | Corpus Christi, TX |
| **Additional Locations** | |
| **Additional Job Posting Locations** | |
| **Scheduled Weekly Hours** | 40 |
| **Work Shift** | |
| **Recruiting Start Date** | 01/14/2020 |

TAKEDA_019640

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled)

**Target Hire Date** 02/07/2020
**Target End Date**

Additional Information
**Union Membership from Job Profile**
**Allowed Unions from Job Profile**

**Job Description**

Are you looking for a patient-focused company that will inspire you and support your career? If so, be empowered to take charge of your future at Takeda. Join us as a Sales Specialist covering our Corpus Christi TX territory.
**OBJECTIVES:**

The Takeda sales representative is responsible for selling the Takeda family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

**ACCOUNTABILITIES:**

- Utilize effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.

- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.

- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.

- Utilize sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.

- Report and monitor sample and literature use, and maintain accurate records.

- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).

- Collaborate with partners on routing and resource utilization to maximize overall footprint performance.

- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.

- Attend all company-sponsored sales and medical meetings as directed by company management.

TAKEDA_019641

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled)

12:32 PM
07/07/2022
Page 5 of 8



- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.
- Perform Company business in accordance with all regulations, Company policy and procedures. Demonstrate high ethical and professional standards at all times.
- Additional duties may be assigned.

**EDUCATION, EXPERIENCE AND SKILLS:**

**Education and Experience:**

**Required:**

- Bachelor's degree
- Proficient in MS Office Suite

**LICENSES/CERTIFICATIONS:**

- Valid driver's license required.

**TRAVEL REQUIREMENTS:**

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

**WHAT TAKEDA CAN OFFER YOU:**

- 401(k) with company match
- Tuition reimbursement Company
- Health & Wellness programs including onsite flu shots and health screenings
- Generous time off for vacation
- Community Outreach Programs

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled)

Takeda is an EEO employer of minorities, women, disabled, protected veterans, and considers qualified applicants with criminal histories in accordance with applicable laws. For more information, visit http://www.takeda.us/careers/EEO_Policy_Statement.aspx

No Phone Calls or Recruiters Please.

**Empowering Our People to Shine**

Learn more at takedajobs.com.

**Additional Job Description**

Attachments
Attachments

Job Requisition Attachment

Business Process History
Business Process

| Effective Date | Business Process | Initiated On | Completed On | Status |
|---|---|---|---|---|
| 01/14/2020 | Job Requisition Change: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP | 01/29/2020 06:59:55 PM | 01/29/2020 06:59:55 PM | Successfully Completed |
| 01/14/2020 | Job Requisition Change: R0016062 Sales Representative (Corpus Christi, TX) NSF/PCP | 01/14/2020 03:20:14 PM | 01/14/2020 03:20:14 PM | Successfully Completed |
| 01/14/2020 | Job Requisition: R0016062 Sales Representative (Corpus Christi, TX) NSF/PCP | 01/14/2020 01:48:55 PM | 01/14/2020 02:03:00 PM | Successfully Completed |

**Additional Data**

View As Of    07/07/2022

Job Requisition - Additional Data

Job Title (in English)    Sales Rep
Business Title (local language)    Sales Rep
USA - Function    1028 - NOBU

TAKEDA_019643

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled)

## Support Roles (Job Requisition)

| Hiring Manager | Primary Recruiter | Recruiting Coordinator(s) | Requisition Role Assigner(s) |
|---|---|---|---|
| Stacy Hyde | | | Danielle Doe
John Goudreau
Lala Aboulian
Lisa Rose
Matt Simeone
Melissa Weleski
Portia Henson [C]
Sarah Oommen [C] |

## Organizations

### Organizations

| Organization Type | Organization |
|---|---|
| Company | USA - 3312 Takeda Pharmaceuticals America, Inc. |
| Cost Center | USA - 3312_3120001635 D0012.S TX |
| Business Unit | US Business Unit and Global Portfolio Commercialization |
| Sales Region | USA - T0099 Corpus Christi, TX |
| International Assignment | Not Applicable |
| Vendor Company | Not Applicable / Not Listed |
| Bonus Division for TSTIP Participants | BD025 USBU |
| Performance Review Participation | Performance Review - No Ratings |
| Opex Function | Opex Function - Non G&A |
| Legacy Organization - Takeda / Shire | Legacy Takeda |

## Job Postings

### Current

| Job Posting Details | Job Posting | Type | Posting Start Date | Posting End Date | Job Application Template | Primary Posting | Posting Cost | Action |
|---|---|---|---|---|---|---|---|---|

### Historical

| Job Posting Details | Job Posting | Type | Posting Start Date | Posting End Date | Job Application Template | Posting Cost | Job Posting Details |
|---|---|---|---|---|---|---|---|
| zzdnuTakeda-Shire Internal Talent Exchange | External | 01/14/2020 | 01/29/2020 | Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | zzdnuTakeda-Shire Internal Talent Exchange: Sales Representative (Corpus Christi, TX) NSF/PCP |
| External Careers | External | 01/14/2020 | 01/29/2020 | Job Application Default Template effective | 0 | External Careers: Sales Representative (Corpus Christi, TX) |

R0016062 Senior Sales Representative (Corpus Christi, TX)
NSF/PCP: R0016062 Senior Sales Representative (Corpus Christi, TX) NSF/PCP (Filled)

| Job Posting | Type | Posting Start Date | Posting End Date | Job Application Template | Posting Cost | Job Posting Details |
|---|---|---|---|---|---|---|
| Internal | Internal | 01/14/2020 | 01/29/2020 | 03/01/2018, 5:07 PM Job Application Default Template effective 03/01/2018, 5:07 PM | 0 | NSF/PCP Internal: Sales Representative (Corpus Christi, TX) NSF/PCP |

TAKEDA_019645

Exhibit G

 

Better Health, Brighter Future

Associate Director – Patient Access – Immunology

The Patient Access Manager is a regional field-based position that will provide logistical reimbursement assistance, education, and support for rare immunologic diseases. This individual be responsible for educating physicians, care givers, staff genetic counselors, nurses, pharmacists, and ancillary staff, as well as patients, families and patient organizations to prevent and address barriers to patient access. Allocation of time will be adjusted as needed to meet the needs and objectives of Patient Access and Site Support.

Technical knowledge of health care reimbursement from a patient/provider perspective will be required as well as the ability to interact with physicians, staff, and sites of care.

The Patient Access Manager will utilize a regional team approach while working with numerous internal groups such as Patient Support Managers, Managed Markets, Immunology Business Managers and Marketing teams to facilitate and optimize patient care. The objectives are dictated by the specific needs of each region and the percentage of time spent on each job may vary.

**Responsibilities**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. Please note the percentage of time spent on each job duty is an estimate for normal operating conditions.

Responsibility for patient access (70%) includes:

Personalized coordination of patient care using a multi-disciplinary team approach

Provide expertise in coordination of care, working with internal case managers, RBM's, sites of care, and payors

Provide resource for reimbursement education to patients and families to ensure that they are well informed in order to make appropriate decisions regarding their treatment options

Resource for alternative insurance options for patients and provide information on relevant reimbursement topics related to our products

Ongoing support of One Path Patient Service team and when necessary working as a liaison between One Path and our customers.

Site Support and Other responsibility (30%) include:

Resource to providers/hospitals regarding billing, reimbursement and procurement options
Provide reimbursement education and support to sites of care/treatment centers if requested or necessary, with specific emphasis on One Path and Takeda's reimbursement support services
Reimbursement conflict resolution with assigned accounts
Representing Takeda at Regional and National Conventions
Develop and implement special projects to address regional based objectives



Better Health, Brighter Future

### Education & Experience Requirements

Bachelors Degree required
5+ years of prior healthcare relationship management experience
3+ years of field based experience in healthcare related account management, sales or medical affairs

### Preferred Requirements

Knowledge of specialty biologics and/or rare disease markets
Expertise in biologics reimbursement , buy and bill, specialty pharmacy distribution and managed care
Candidate will reside within posted geography

### Key Skills and Competencies

Customer Focus
Decision Quality
Ensures Accountability
Manages Ambiguity
Collaborates
Individual must possess extraordinary positive attitude, exceptional listening skills, and strong verbal and written communication skills
Must possess the ability to communicate effectively around key strategic initiatives to peer groups
Ability to work in team environment and manage communication with case managers and sales reps

### Internal and External Contacts

Liaison with patients and families
Consult and coordinate with treating sites
Coordinate with case managers and home office commercial team
Work closely with Immunology Business Managers
Work strategically within assigned departmental task forces

### Other Requirements

50 - 75% Travel

# Exhibit H
# Intentionally Omitted

# Exhibit I



## Job Description / Role Profile

| Job/Position: | **Sr Sales Rep** | Job Code: | 50002593 |

| BU/Organization: | US Business Unit/ Neuroscience | Department: | Field Sales |

| Location: | | | |

| Global Reporting Level (CEO=1): | | Line Manager's Job/Position Title: | District Business Manager |

### OBJECTIVES/PURPOSE: *(3-4 bullets)*

The Takeda senior sales representative is responsible for selling the Takeda's family of products. This will be achieved through clinical discussions with targeted health professionals to maximize sales growth and increase product volume within a specific geography.

### SCOPE:

**Financial:**     Est. annual revenue range of accountability*:     _____Oku Yen

Est. annual budget of responsibility:     _____Oku Yen

**Leadership/People:**  No. of direct reports: _____     No. of indirect reports: _____

**Geographic Scope:**  Global:_____     Regional:__X__

Countries     United States of America

*if applicable

### ACCOUNTABILITIES:  *(Describe the primary duties and responsibilities of the job. Include only the essential functions of the job. Approximately 5 – 10 bulleted task statements should be identified).*

- Utilizes effective selling skills and product knowledge to influence targeted health care professionals to prescribe Takeda promoted products. Execute brand strategies to ensure a consistent company sales and marketing message.

- Pre-call plan to meet health care professionals' (HCP) needs. Leverage data and customer knowledge to build discussions around HCP's and patients' needs. Deliver accurate and timely follow-up discussions with HCP's and office staff. Foster ongoing trust with HCPs. Use the Takeda Selling Model, to influence the HCP decision making process.

- Analyze territory information to optimize routing and achieve sales results. Monitor local market conditions for changes that impact business.

- Utilizes sales tools, resources and supporting analysis to plan activity. Develop and execute plans to maximize selling resources.

- Report and monitor sample and literature use, and maintain accurate records.

- Distribute product samples in accordance with approved sampling guidelines and marketing literature to physicians and other healthcare providers (HCP's).

TAKEDA_020373



| Job Description / Role Profile |
| :---: |

- Actively monitors local market conditions for changes that impact business and takes action based on identified needs. Proactively execute plans to maximize selling resources. Models business techniques to peers that maximize sales opportunities across the district.

- Provide feedback to District Managers on market place trends, challenges, programs, response to promotion, and product access. Collaborate with DM to establish goals and implement plans to enhance current skill sets and sales results.

- Assist District Manager as needed with facilitating district meetings while modeling appropriate behavior in trying circumstances, proactively communicate strategies and model business techniques that maximize sales opportunities across the district. Share developmental experiences and encourage others to do the same.

- Assist District Manager to address district needs and and provide training/mentoring of new sales representatives.

- Collobrate with partners on routing and resource utilization to drive overall footprint performance.

- Attend all company-sponsored sales and medical meetings as directed by company management.

- Actively pursue continuous learning and professional development on efficient sales, communication & product knowledge training.

- Perform all Company business in accordance with all regulations, Company policy and procedures.  Demonstrate high ethical and professional standards at all times.

- Additional duties may be assigned.

---

***CORE ELEMENTS RELATED TO THIS ROLE:*** *(Describe what is critical and/or what differentiates this role).*

---

***DIMENSIONS AND ASPECTS:***

<u>**Technical/Functional (Line) Expertise**</u> *(Breadth and depth of knowledge, application and complexity of technical knowledge)*

<u>**Leadership**</u> *(Vision, strategy and business alignment, people management, communication, influencing others, managing change)*

<u>**Decision-making and Autonomy**</u> *(The capacity and authority to make organizational decisions, autonomy in decision-making, complexity of decisions, impact of decisions, problem-solving)*

<u>**Interaction**</u> *(The span and nature of one's engagement with others when performing one's job, internal and external relationships)*

Job Description/ Role Profile

TAKEDA_020374



## Job Description / Role Profile

**Innovation** *(The required level of scientific knowledge, knowledge sharing, innovation and risk taking)*

**Complexity** *(Products managed, mix of businesses, internal and/or external business environment, cultural considerations)*

***EDUCATION, BEHAVIOURAL COMPETENCIES AND SKILLS:*** *(List the essential and desir-able education and competency requirements to perform the primary responsibilities of the job. Any minimum requirements should be noted.)*

**Required:**

- Bachelor's degree
- *Career Path Criteria:*
    - Two years minimum pharma sales, 1 year minimum Takeda sales
    - One "Exceeds Expectations" within most recent two years at Takeda
    - See  additional *Career Path* criteria

***ADDITIONAL INFORMATION:*** *(Add any information legally required for your country here*

TRAVEL REQUIREMENTS:

- Ability to drive to or fly to various meetings/client sites.
- Limited overnight travel may be required.
- Ability to attend sales meetings at off-site locations.

| Date: | Completed by: |
|---|---|

*For HR use only:*

| Legacy Organization: | |
|---|---|
| Legacy Level/Role: | |

TAKEDA_020375