UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA AMOSON, ROBB HUCK, TROBY LANE PARRISH, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,

Plaintiffs,

v.

TAKEDA PHARMACEUTICALS U.S.A., INC.,

Defendant.

Case No.: 1:22-cv-11963-GAO

### DECLARATION OF TODD NOESEN

I, Todd Noesen, hereby state and declare as follows:

1. I am employed by Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") as an Associate Director – Field Experience Strategist in the Neuroscience Business Unit. I have worked for Takeda for approximately 10 and a half years and previously held a position as a Regional Business Director in the Neuroscience Business Unit, covering the Great Plains Region of the United States. In that position, I was the second-level supervisor of Robb Huck, Jillyn Schmidt, and Susan Welch. The following is based on my personal knowledge.

2. In her role as a Senior Sales Representative for Takeda, Ms. Schmidt was required to travel to providers' offices with the goal of having a face-to-face conversation with the provider(s) there.

3. Prior to the COVID-19 pandemic, Takeda expected Ms. Schmidt to perform her job entirely in-person, without any remote sales calling.

1

4.     As of October 2021, the expectation was that at least 90% of Ms. Schmidt's time would be spent on in-person interactions with providers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_8/1/24_
Date

_Todd Noesen_ (signature)
Todd Noesen