UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, TROBY LANE PARRISH, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH, <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Defendant. | Case No.: 1:22-cv-11963-GAO |

### DECLARATION OF STACY HYDE

I, Stacy Hyde, hereby state and declare as follows:

1. I am employed by Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") as Head of Sales – Alpha 1. I have worked for previously held a position as a Regional Business Director in the Neuroscience Business Unit, covering the Southwest region, and have worked for Takeda since July 2020. As a Regional Business Director, I was the second-level supervisor of Sandra Salazar Silva. The following is based on my personal knowledge.

2. In her role as a Senior Sales Representative for Takeda, Ms. Silva was required to travel to medical offices with the goal of having a face-to-face conversations with healthcare providers.

3. Except for the COVID-19 pandemic, Takeda expected Ms. Silva to perform her job entirely in-person, without any remote sales calling.

4. Following the COVID-19 pandemic, as of October 2021, 90% of Ms. Silva's time was spent on in-person interactions with providers.

1

5.  A true and correct copy of the email Takeda sent to Ms. Silva notifying her that her request to be exempt from Takeda's Vaccine Policy was denied is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

8/15/2024
Date

Stacy Hyde

# Exhibit A

| | |
|---|---|
| **From:** | Mealey, Christine |
| **Sent:** | Thursday, December 2, 2021 2:40 PM EST |
| **To:** | Silva, Sandy |
| **CC:** | Gallegos, Veronica |
| **Subject:** | Religious Accommodation Response - Sandy Silva |

Dear Sandy,

Thank you for submitting your request for religious exemption from the COVID-19 vaccination requirement.

Upon review of the information you provided, Takeda cannot accommodate any conflict between your asserted religious beliefs and the COVID-19 vaccination requirement.  Because your essential job functions require in-person attendance and involve direct contact with co-workers and patients who may be contagious and/or particularly vulnerable to COVID-19, your unvaccinated status creates elevated health and safety risks and presents an undue hardship for the company.  Furthermore, allowing you to work remotely when most health care providers in your area are allowing face-to-face meetings will create a territory in which our commercial efforts are not maximized and may require personnel changes in order to enable the face-to-face interactions that, over time, have been shown to lead to the highest level of commercial success. This, too, presents an undue hardship for Takeda under applicable law.  Therefore, your request for religious exemption from the COVID-19 vaccination requirement is denied.

As previously communicated, any U.S. field-based employees who do not report that they are fully vaccinated via the VaxDMS system by November 1, 2021 or who do not receive an approved exemption may be terminated. You received an extension on this date through December 9, 2021 due to an ADA request that was temporarily approved. Since your religious request for accommodation has been denied, you will have the opportunity to comply with the policy by becoming partially vaccinated and recording this as directed in the VaxDMS system prior to December 10, 2021.  In such a case, your manager will work with you to determine how to engage virtually after December 10, until you become fully vaccinated and are able to re-engage face-to-face in the field.

Thank you for your understanding as we work together to stay safe during the pandemic.  We understand that becoming vaccinated is an important personal decision.  If you have any questions, please let me know.

Kind Regards,


*Christine Mealey*
Employee Relations Partner – GMSGQ
**Takeda Pharmaceutical Company Limited**
christine.mealey@takeda.com
(m) 508.331.5060