UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH, MATTHEW LYNN HOFFACKER, as the executor of the estate of Troby Lane Parrish,<br><br>    Plaintiffs,<br><br> v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>    Defendant. | Case No.: 1:22-cv-11963-GAO |

## DECLARATION OF CHRIS DEZELAN

I, Chris Dezelan, hereby state and declare as follows:

1. I am employed by Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") as the Director of Predictive Analytics & Insights in the Neuroscience Business Unit. I have held this position since March 2022 and have worked for Takeda for approximately 8 years. As Director of Predictive Analytics & Insights, I was involved in Takeda's analysis of the COVID-19 pandemic's impact on product sales. The following is based on my personal knowledge and review of information available to me in that capacity.

2. Takeda conducted a study analyzing the sales numbers for Trintellix, the Company's primary Neuroscience product, during the COVID-19 pandemic.

3. As part of that study, my team ran a "promotion mix model," whereby we reviewed and compared the effectiveness of various promotional tools, including face-to-face, virtual, and phone sales calls. This study confirms the significance of in-person interactions.

1

4. Specifically, during the first six months after sales force effort was halted due to the onset of COVID-19, new-to-brand prescriptions ("NBRx") for Trintellix declined by approximately 19%.

5. NBRx is a metric used in the pharmaceutical industry to measure patient prescription behaviors, and it considers the number of prescriptions written for patients who have not had prescriptions written for the same therapy / product in the past 12 months.

6. My team's analysis attributed a significant portion of this decline to the reduction in in-person interactions with healthcare providers during the COVID-19 pandemic.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

August 12, 2024
_____
Date

_____
DocuSigned by:
Chris Dezelan
B6F2756A217E485...

Chris Dezelan