UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH, MATTHEW LYNN HOFFACKER, as the executor of the estate of Troby Lane Parrish,

Plaintiffs,

v.

TAKEDA PHARMACEUTICALS U.S.A., INC.,

Defendant.

Case No.: 1:22-cv-11963-GAO

## DECLARATION OF JENNIFER J. NOJIRI

I, Jennifer J. Nojiri, hereby state and declare as follows:

1. I am employed by Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") as the Vice President, Mood Disorders Franchise Head. I have held this position since March 2022 and have worked for Takeda for approximately 16 and a half years. As Vice President of the Mood Disorders Franchise, I was involved in Takeda's impact analysis in 2023 of whether to eliminate its field-based sales team within the Neuroscience Business Unit ("NSBU"). The following is based on my personal knowledge and review of information available to me in that capacity.

2. Takeda conducted an impact analysis in 2023 when considering whether to eliminate its field-based NSBU sales team as a business profitability measure.

3. This analysis projected a 15% decline in new-to-brand prescriptions ("NBRx") if Takeda were to rely completely on digital marketing promotion in the absence of Sales Representatives conducing in-person engagements.

1

4. NBRx is a metric used in the pharmaceutical industry to measure patient prescription behaviors, and it considers prescriptions written to patients who have never used the brand before (based on specific business rules).

5. As a result of this analysis, while Takeda estimated that it would save $108 million by eliminating its NSBU field-based sales force, Takeda made the decision to retain that team due to the greater, adverse impact on NBRx and sales.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

9 Aug 2024
Date

Jennifer J. Nojiri

2