UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>     Plaintiffs,<br><br> v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>     Defendant. | Case No.: 1:22-cv-11963-GAO |

## JOINT STATUS REPORT

Pursuant to the Court's Order of November 7, 2025 (*see* Dkt. No. 80), Plaintiffs Lisa Amoson, Robb Huck, Alecia Ramsey, Larry Harold Savage, Jillyn Schmidt, Sandra Salazar Silva, Britt Harold Singleton, and Susan Welch (collectively, "Plaintiffs") and Defendant Takeda Pharmaceuticals U.S.A., Inc. ("Defendant") submit this Joint Status Report in advance of the status conference on December 2, 2025.

### I. Procedural History

On November 17, 2023, Plaintiffs commenced this matter by filing their Complaint asserting claims of religious discrimination in violation of Title VII of the Civil Rights Act of 1964 related to Defendant's COVID-19 Vaccination Policy. *See* Dkt. No. 1.

On August 12, 2024, Defendant moved for an order of summary judgment dismissing Plaintiffs' Complaint in its entirety with prejudice (the "Motion for Summary Judgment"). *See* Dkt. No. 51. On July 29, 2025, after receiving briefing (*see* Dkt. Nos. 59, 64) and oral argument

(*see* Dkt. No. 74) on the motion, this Court denied the Motion for Summary Judgment in its entirety. *See* Dkt. No. 77.

II. **Appearances and Withdrawal of Counsel**

On November 10, 2025, Attorneys Sol J. Cohen and Sean N. Peters appeared on behalf of Plaintiff Huck.[1]  *See* Dkt. Nos. 81-82.  On November 25, 2025, Attorneys Christopher DeMatteo and Brian C. Unger moved to withdraw their appearances for Plaintiff Huck.  *See* Dkt. No. 83.  Plaintiffs Amoson, Ramsey, Savage, Schmidt, Silva, Singleton, and Welch have indicated that they are replacing Attorney DeMatteo's firm, Pattis & Paz, and proceeding with new counsel for trial.  As of the filing of this Joint Status Report, new counsel has not yet appeared.  Upon information and belief, Attorney DeMatteo expects new counsel to appear in the case shortly, after which he will move to withdraw his appearance for the seven aforementioned plaintiffs.  Attorney Unger may stay on with new counsel for those plaintiffs.

III. **Proposed Case Schedule**

In light of the recent changes and forthcoming changes in counsel for Plaintiffs, the parties are not in a position to propose a detailed pre-trial schedule and therefore request that the Court provide them additional time to confer regarding a pre-trial schedule after new counsel for all Plaintiffs have appeared.  That said, the earliest that counsel for Defendant and counsel for Plaintiff Huck are available for trial is early May of 2026.

---

[1] Plaintiff Huck intends to move to sever his claims from those of the remaining Plaintiffs, assuming there are legitimate grounds to do so (Attorneys Cohen and Peters are in the process of analyzing the merits of such a motion). Defendant will consider any request to sever, should it be made, and reserves its right to oppose any such request.

| | |
|---|---|
| By: */s/ Christopher DeMatteo*<br>Christopher DeMatteo*<br><br>**Pattis & Paz, LLC**<br>383 Orange Street, First Floor<br>New Haven, CT 06511<br>Tel. (203) 393-3017<br>Fax. (203) 393-9745<br>cdematteo@pattispazlaw.com<br><br>Brian C. Unger (BBO# 706583)<br>**The Law Offices of Warner Mendenhall, Inc.**<br>20 Park Plaza, 400-4<br>Boston, MA 02116<br>Tel. (617) 297-2227<br>Fax. (330) 762-9743<br>brian@warnermendenhall.com<br><br>*Attorneys for Plaintiffs Amoson, Ramsey, Savage, Schmidt, Silva, Singleton, and Welch*<br><br>*Admitted *Pro Hac Vice*<br><br>By: */s/ Sol J. Cohen*<br>Sol J. Cohen (BBO# 630776)<br><br>Sean N. Peters (BBO# 711521)<br>**Coren Lichenstein LLP**<br>60 Walnut Street, Fourth Floor<br>Wellesley, MA 02481<br>Tel. (781) 997-1600<br>Fax. (781) 997-1633<br>scohen@cl-lawgroup.com<br>speters@cl-lawgroup.com<br><br>*Attorneys for Plaintiff Huck* | By: */s/ Celina Antonellis*<br>Celina Antonellis (BBO# 708904)<br><br>Keri L. Engelman (BBO# 704360)<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA 02110<br>Tel. (617) 341-7700<br>Fax. (617) 341-7701<br>celina.antonellis@morganlewis.com<br>keri.engelman@morganlewis.com<br><br>Thomas A. Linthorst*<br>**Morgan, Lewis & Bockius LLP**<br>502 Carnegie Center<br>Princeton, NJ 08540<br>Tel. (609) 919-6600<br>Fax. (609) 919-6701<br>thomas.linthorst@morganlewis.com<br><br>Donald E. English Jr.**<br>**Morgan, Lewis & Bockius LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel. (202) 739-3000<br>Fax. (202) 739-3001<br>donald.english@morganlewis.com<br><br>*Attorneys for Defendant*<br><br>*Admitted *Pro Hac Vice*<br><br>**Pro Hac Vice* application forthcoming |

Dated: November 25, 2025

## CERTIFICATE OF SERVICE

I, Celina Antonellis, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 25, 2025.

*/s/ Celina Antonellis*
Celina Antonellis
