UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>          Plaintiffs,<br><br>  v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>          Defendant. | Case No.: 1:22-cv-11963-GAO |

**NOTICE REGARDING DEFENDANT**
**TAKEDA PHARMACEUTICALS U.S.A., INC.'S TRIAL AVAILABILITY**

Pursuant to the Court's instructions during the December 12, 2025 status conference (*see* ECF No. 96), Defendant Takeda Pharmaceuticals U.S.A., Inc. respectfully submits this notice as confirmation that its witnesses are available for trial to begin on May 4, 2026.

Dated: December 19, 2025                    Respectfully submitted,

                                            **MORGAN, LEWIS & BOCKIUS LLP**

                                            By: /s/ *Celina Antonellis*
                                            Celina Antonellis (BBO# 708904)

                                            Keri L. Engelman (BBO# 704360)
                                            One Federal Street
                                            Boston, MA 02110
                                            Tel. (617) 341-7700
                                            Fax. (617) 341-7701
                                            celina.antonellis@morganlewis.com
                                            keri.engelman@morganlewis.com

                                            Thomas A. Linthorst*
                                            502 Carnegie Center
                                            Princeton, NJ 08540
                                            Tel. (609) 919-6600
                                            Fax. (609) 919-6701
                                            thomas.linthorst@morganlewis.com

                                            Donald E. English Jr.*
                                            1111 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            Tel. (202) 739-3000
                                            Fax. (202) 739-3001
                                            donald.english@morganlewis.com

                                            *Attorneys for Defendant*

                                            *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

      I, Celina Antonellis, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2025.

                                              */s/ Celina Antonellis*
                                              Celina Antonellis