UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH, MATTHEW LYNN HOFFACKER, as the executor of the estate of Troby Lane Parrish,<br><br>                  Plaintiffs,<br><br>    v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>                  Defendant. | Case No.: 1:22-cv-11963-GAO |

**NOTICE OF APPEARANCE**

      NOW COMES Jessica Joan Landry, Esq. Ivy Law PC, and hereby files notice of her Appearance as Counsel for Robb Huck, Plaintiff in the above captioned matter.

Plaintiff, Robb Huck,
By his attorney,

Jessica Joan Landry,
BBO # 711325
Ivy Law P.C.
2 Oliver Street, Suite 602
Boston MA, 02109
Tel: 617-209-9954
Email:jlandry@ivylawma.com

DATE February 19, 2026

**CERTIFICATE OF SERVICE**

      I, Jessica Joan Landry, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      Signed under the penalties of perjury, this 19th day of February 2026.

Jessica Joan Landry