**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, TROBY LANE PARRISH, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>Plaintiffs,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>Defendant. | Case No.: 1:22-cv-11963-GAO<br><br>**NOTICE OF APPEARANCE**<br>**OF DONALD E. ENGLISH, JR., ESQ.** |

**PLEASE TAKE NOTICE** that Donald E. English, Jr., Esq., of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Takeda Pharmaceuticals U.S.A., Inc., in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address:  donald.english@morganlewis.com.

Dated:  March 12, 2026

Respectfully submitted,

*/s/ Donald E. English, Jr.*
Donald E. English, Jr. (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541
Telephone:    (202) 739-3000
Facsimile:    (202) 739-3001
donald.english@morganlewis.com

*Attorney for Defendant*

2

## **CERTIFICATE OF SERVICE**

I, Donald E. English, Jr., hereby certify that a true and correct copy of the foregoing Notice of Appearance of Donald E. English, Jr., Esq. was served via ECF on this 12th day of March, 2026 upon attorneys for Plaintiff.

Dated:  March 12, 2026                         */s/ Donald E. English, Jr.*
                                                          Donald E. English, Jr. (*pro hac vice*)

2