| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>        Plaintiffs,<br><br>   v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>        Defendant. | Case No.: 1:22-cv-11963-GAO |

## NOTICE OF CONSENT TO MAGISTRATE JUDGE

**PLEASE TAKE NOTICE** that pursuant to this Court's March 13, 2026 Order, Defendant Takeda Pharmaceuticals U.S.A, Inc. consents to Magistrate Judge Levinson presiding over voir dire proceedings on May 4, 2026.

Dated: March 20, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Keri L. Engelman*
Keri L. Engelman (BBO# 704360)
Celina Antonellis (BBO# 708904)
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
Fax. (617) 341-7701
celina.antonellis@morganlewis.com
keri.engelman@morganlewis.com

Thomas A. Linthorst*
502 Carnegie Center
Princeton, NJ 08540
Tel. (609) 919-6600
Fax. (609) 919-6701

thomas.linthorst@morganlewis.com

Donald E. English Jr.*
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax. (202) 739-3001
donald.english@morganlewis.com

*Attorneys for Defendant*

*Admitted Pro Hac Vice*

**<u>CERTIFICATE OF SERVICE</u>**

I, Keri Engelman, hereby certify that a true and correct copy of the foregoing Notice of

Consent to Magistrate Judge was served via ECF on this 20th day of March, 2026 upon attorneys

for Plaintiff.

Dated: March 20, 2026
*/s/ Keri Engelman*
Keri Engelman