**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>        Plaintiffs,<br><br>    v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>        Defendant. | Case No.: 1:22-cv-11963-GAO |

## <u>DEFENDANT'S STATUS REPORT</u>

Pursuant to this Court's March 13, 2026 Order, Defendant Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") provides the following status report in this matter.

1. On March 23, 2026, the Parties participated in mediation with Alfred Feliu, Esq. The mediation was unsuccessful and the Parties did not reach an agreement.

2. When the May 4, 2026 trial was scheduled in this case, lead trial counsel, Donald English, had a trial that was scheduled to begin on March 30, 2026--*Terrion, et al v. Point Blank Enterprises, et al*, No. 1:19-cv-03581-ACR (D.D.C.)—that would have been over in time for him to prepare for the trial in this case. On March 19, 2026, the D.D.C. trial was moved to April 9, 2026 due the Court's availability. The D.D.C. trial is expected to last until, at least, April 24, 2026. In an abundance of caution, it is necessary to reschedule the trial in this case in the event that the D.D.C. trial extends into the week of April 27 and/or into May and to permit lead counsel sufficient time

to prepare for trial. Takeda therefore requests that the Court reschedule the trial for a date mutually convenient for the Parties and the Court.

Dated: March 24, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Keri L. Engelman*
Keri L. Engelman (BBO# 704360)
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
Fax. (617) 341-7701
keri.engelman@morganlewis.com

Thomas A. Linthorst*
502 Carnegie Center
Princeton, NJ 08540
Tel. (609) 919-6600
Fax. (609) 919-6701
thomas.linthorst@morganlewis.com

Donald E. English Jr.*
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax. (202) 739-3001
donald.english@morganlewis.com

*Attorneys for Defendant*

*Admitted *Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I, Keri Engelman, hereby certify that a true and correct copy of the foregoing Status Report was served via ECF on this 24th day of March, 2026 upon attorneys for Plaintiff.

*/s/Keri L. Engelman*
Keri L. Engelman