**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>                Plaintiffs,<br><br>     v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>                Defendant. |

Case No.: 1:22-cv-11963-GAO

## JOINT STATUS REPORT

Pursuant to this Court's March 25, 2026 Order, Plaintiffs Lisa Amoson, Robb Huck, Alecia Ramsey, Larry Harold Savage, Jillyn Schmidt, Sandra Salazar Silva, Britt Harold Singleton, and Susan Welch ("Plaintiffs") and Defendant Takeda Pharmaceuticals U.S.A., Inc. ("Takeda"), collectively (the "Parties") provide the following status report in this matter.

1. On March 25, 2026, the Court ordered the Parties to confer about whether they can proceed with trial on this matter commencing May 11, 2026 or May 18, 2026.

2. The Parties have conferred and confirmed their availability to proceed with trial beginning on May 11, 2026.

3. Plaintiff Britt Singleton notes that he has a long-scheduled, prepaid, and booked international trip for his son's wedding beginning on May 18, 2026 and running through late June 2026. He is available for the first part of the trial, but he would not be available for any proceedings after May 18, 2026.

Dated: March 30, 2026                                    Respectfully submitted,

By: */s/ Cameron Atkinson*                               By: */s/ Keri Engelman*
Cameron L. Atkinson                                      Keri L. Engelman (BBO# 704360)
**Atkinson Law, LLC**                                    Celina Antonellis (BBO# 708904)
Tel. (203) 677-0782                                      **Morgan, Lewis & Bockius LLP**
catkinson@atkinsonlawfirm.com                            One Federal Street
                                                         Boston, MA 02110
                                                         Tel. (617) 341-7700
*Attorney for Plaintiffs Amoson, Ramsey,*                Fax. (617) 341-7701
*Savage, Schmidt, Silva, Singleton, and Welch*           celina.antonellis@morganlewis.com
                                                         keri.engelman@morganlewis.com

By: */s/ Sol J. Cohen*                                   Thomas A. Linthorst*
Sol J. Cohen (BBO# 630776)                               **Morgan, Lewis & Bockius LLP**
                                                         502 Carnegie Center
Sean N. Peters (BBO# 711521)                             Princeton, NJ 08540
**Coren Lichenstein LLP**                                Tel. (609) 919-6600
60 Walnut Street, Fourth Floor                           Fax. (609) 919-6701
Wellesley, MA 02481                                      thomas.linthorst@morganlewis.com
Tel. (781) 997-1600
Fax. (781) 997-1633
scohen@cl-lawgroup.com                                   Donald E. English Jr.*
speters@cl-lawgroup.com                                  **Morgan, Lewis & Bockius LLP**
                                                         1111 Pennsylvania Avenue, NW
                                                         Washington, DC 20004
*Attorneys for Plaintiff Huck*                           Tel. (202) 739-3000
                                                         Fax. (202) 739-3001
                                                         donald.english@morganlewis.com

                                                         *Attorneys for Defendant*

                                                         *Admitted *Pro Hac Vice*


## CERTIFICATE OF SERVICE

I, Keri Engelman, hereby certify that a true and correct copy of the foregoing Status Report

was served via ECF on this 30th day of March, 2026 upon attorneys for Plaintiffs.


                                         */s/Keri Engelman*
                                          Keri Engelman