**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Lisa Amoson, *et al.*, | ) | |
| | ) | Case No.: 1:22-cv-11963 |
| Plaintiffs, | ) | |
| | ) | Judge Leo T. Sorokin |
| v. | ) | |
| | ) | Magistrate Paul G. Levenson |
| Takeda Pharmaceuticals U.S.A., | ) | |
| Inc.; | ) | |
| | ) | |
| Defendant. | ) | March 30, 2026 |

<u>**NOTICE REGARDING CONSENT TO MAGISTRATE JUDGE**</u>

Pursuant to the Court's March 23, 2026 Order (Dkt. 112), Plaintiffs Lisa Amoson, Alecia Ramsey, Larry Savage, Jillyn Schmidt, Sandra Silva, Britt Singleton, and Susan Welch, hereby consent to a magistrate judge conducting jury selection.

Respectfully Submitted

By: <u>/s/ Cameron L. Atkinson /s/</u>
Cameron L. Atkinson, Esq.
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

Brian Unger, Esq.
BBO No. 706583
THE LAW OFFICES OF WARNER
MENDENHALL, INC.
20 Park Plaza, 400-4
Boston, MA 02116
Telephone: 617.297.2227;
Fax: 330.762.9743
brian@warnermendenhall.com

1

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was served via the Court's CM/ECF system to all counsel of record who have entered an appearance in this case.

/s/ Cameron L. Atkinson /s/