**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>               Plaintiffs,<br><br>    v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>               Defendant. | Case No.: 1:22-cv-11963-LTS |

## <u>JOINT MOTION TO EXTEND PRETRIAL DEADLINES</u>

Plaintiffs Lisa Amoson, Robb Huck, Alecia Ramsey, Larry Harold Savage, Jillyn Schmidt, Sandra Salazar Silva, Britt Harold Singleton, and Susan Welch ("Plaintiffs") and Defendant Takeda Pharmaceuticals U.S.A., Inc. ("Takeda" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby move to extend by one week all remaining pretrial deadlines, as set forth further below. In support of this motion, the Parties state as follows:

1. On December 12, 2025, this Court set this case for trial commencing on May 4, 2026, at 9:00 AM, scheduled a final pretrial conference for April 30, 2026, at 2:00 PM, and ordered the parties to meet various other pretrial deadlines, set forth in the table below. *See generally* Doc. No. 97.

2. On March 31, 2026, this Court rescheduled trial to begin on May 11, 2026, at 9:00 AM and rescheduled the final pretrial conference for May 7, 2026, at 3:00 PM. *See* Doc. Nos. 118-19.

3.      In light of the trial and final pretrial conference both being rescheduled to take place one week later than they were initially scheduled, the Parties respectfully request that the remaining pretrial deadlines be similarly extended by one week, as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Parties exchange exhibit and witness lists and deposition designations. | April 6, 2026 | April 13, 2026 |
| Parties exchange objections to exhibit and witness lists and deposition designations. | April 13, 2026 | April 20, 2026 |
| Parties meet to discuss settlement, narrow issues, and prepare joint pretrial memorandum. | April 20, 2026 | April 27, 2026 |
| Parties file joint pretrial memorandum. | April 24, 2026 | May 1, 2026 |
| Parties file trial briefs. | April 24, 2026 | May 1, 2026 |
| Parties file oppositions to motions *in limine*. | April 28, 2026 | May 5, 2026 |

4.      Good cause exists to grant this motion.  For the same reasons set forth in Takeda's March 24, 2026 status report—namely, Takeda's lead trial counsel's conflicting trial schedule—additional time is necessary to meet the above-referenced deadlines.  *See* Doc. No. 113.

5.      This is the Parties' first request to continue the above-referenced deadlines.

WHEREFORE, the Parties respectfully request that the Court grant the instant motion to extend the remaining pretrial deadlines by one week, to the above-referenced dates.

Dated: April 2, 2026

Respectfully submitted,

By: */s/ Cameron L. Atkinson*
Cameron L. Atkinson
**Atkinson Law, LLC**
122 Litchfield Road, Ste. 2
P.O. Box 340
Harwinton, CT 06791
Tel. (203) 677-0782
catkinson@atkinsonlawfirm.com

*Attorney for Plaintiffs Amoson, Ramsey, Savage, Schmidt, Silva, Singleton, and Welch*

By: */s/ Sol J. Cohen*
Sol J. Cohen (BBO# 630776)
**Coren Lichenstein LLP**
60 Walnut Street, Fourth Floor
Wellesley, MA 02481
Tel. (781) 997-1600
Fax. (781) 997-1633
scohen@cl-lawgroup.com
speters@cl-lawgroup.com

*Attorney for Plaintiff Huck*

By: */s/ Celina Antonellis*
Celina Antonellis (BBO# 708904)

Keri L. Engelman (BBO# 704360)
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
Fax. (617) 341-7701
celina.antonellis@morganlewis.com
keri.engelman@morganlewis.com

Thomas A. Linthorst*
Jason J. Ranjo*
**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540
Tel. (609) 919-6600
Fax. (609) 919-6701
thomas.linthorst@morganlewis.com
jason.ranjo@morganlewis.com

Donald E. English Jr.*
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax. (202) 739-3001
donald.english@morganlewis.com

*Attorneys for Defendant*

*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I, Celina Antonellis, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 2, 2026.

*/s/ Celina Antonellis*
Celina Antonellis
