**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH, <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Defendant. | Case No.: 1:22-cv-11963-LTS |

## <u>JOINT MOTION TO RESCHEDULE THE HEARING ON SUMMARY JUDGMENT</u>

The parties jointly move to reschedule the hearing on the Defendant's motion for summary judgment to April 14, 2026 as a virtual proceeding. In the alternative, the parties jointly request that the April 22, 2026 in-person hearing for 3:00 PM be converted into a remote hearing. All parties join in this motion.

Good cause exists to grant this motion because lead counsel (Attorney Atkinson) for Amoson, Ramsey, Savage, Schmidt, Silva, Singleton, and Welch has long been scheduled for oral argument as sole counsel before the U.S. Second Circuit Court of Appeals on April 22, 2026 in the case of *Milford Christian Church, et al. v. Bye*, No. 25-1955 (mislabeled 25-1995 on the public calendar). The Second Circuit's oral argument calendar currently indicates that there are three cases scheduled for oral argument beginning at 10:00 AM on April 22, 2026. Attorney Atkinson has no way of knowing what order that the arguments will take place, and, in his experience, it is possible that the arguments could end at noon or later. There is simply no way he could guarantee

1

his physical presence even if he flew from New York City to Boston because JFK and LaGuardia security is notoriously slow.

The parties conferred and identified the following additional scheduling conflicts.

1. Attorney Cohen has a state court trial on April 13, 2026.

2. Attorney Atkinson has a Connecticut criminal bench trial scheduled for April 15, 2026.

3. Attorney Atkinson will be flying to Los Angeles, California on April 16, 2026.

4. Attorney Atkinson will have a Ninth Circuit oral argument on April 17, 2026.

5. Attorney Atkinson will have a Connecticut state court criminal plea hearing that he is personally obligated to handle on April 20, 2026.

6. Attorney Atkinson has final argument for a bench trial in the U.S. District Court for the District of Connecticut on April 23, 2026.

After conferring, Defendant's counsel offered to file their supplemental reply by April 10, 2026 if the Court has the availability to schedule the matter for a remote hearing on April 14, 2026.

In the alternative, the parties ask the Court to convert the April 22, 2026 3:00 PM hearing into a remote hearing so all parties can attend.

Dated: April 9, 2026

Respectfully submitted,

By: /s/ Cameron Atkinson
Cameron L. Atkinson
    *Admitted pro hac vice*
**Atkinson Law, LLC**
PO 340
Harwinton, CT 06791
Tel. (203) 677-0782
catkinson@atkinsonlawfirm.com

*Attorney for Plaintiffs Amoson, Ramsey, Savage, Schmidt, Silva, Singleton, and Welch*

By: /s/ Sol J. Cohen
Sol J. Cohen (BBO# 630776)
**Coren Lichenstein LLP**
60 Walnut Street, Fourth Floor
Wellesley, MA 02481
Tel. (781) 997-1600
Fax. (781) 997-1633
scohen@cl-lawgroup.com

*Attorneys for Plaintiff Huck*

By: /s/ Keri Engelman
Keri L. Engelman (BBO# 704360)
Celina Antonellis (BBO# 708904)
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
Fax. (617) 341-7701
celina.antonellis@morganlewis.com
keri.engelman@morganlewis.com

Thomas A. Linthorst*
**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540
Tel. (609) 919-6600
Fax. (609) 919-6701
thomas.linthorst@morganlewis.com

Donald E. English Jr.*
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax. (202) 739-3001
donald.english@morganlewis.com

*Attorneys for Defendant*

*\*Admitted Pro Hac Vice*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was served via the Court's CM/ECF system to all counsel of record who have entered an appearance in this case.

/s/ Cameron L. Atkinson /s/