**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISA AMOSON, ROBB HUCK, ALECIA RAMSEY, LARRY HAROLD SAVAGE, JILLYN SCHMIDT, SANDRA SALAZAR SILVA, BRITT HAROLD SINGLETON, SUSAN WELCH,<br><br>        Plaintiffs,<br><br>   v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>        Defendant. | Case No.: 1:22-cv-11963-LTS |

**TAKEDA PHARMACEUTICALS U.S.A., INC.'S**
**MOTION TO BIFURCATE TRIAL**

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Defendant Takeda Pharmaceuticals U.S.A., Inc., by and through its attorneys, hereby moves for an order bifurcating the trial in this matter into separate phases for liability and damages. A memorandum of law in support of this Motion is attached and incorporated herein by reference.

Dated: April 24, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Keri L. Engelman*
Keri L. Engelman (BBO# 704360)
Celina Antonellis (BBO# 708904)
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
Fax. (617) 341-7701
keri.engelman@morganlewis.com
celina.antonellis@morganlewis.com

Thomas A. Linthorst*
Jason J. Ranjo*
502 Carnegie Center
Princeton, NJ 08540
Tel. (609) 919-6600
Fax. (609) 919-6701
thomas.linthorst@morganlewis.com
jason.ranjo@morganlewis.com

Donald E. English Jr.*
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax. (202) 739-3001
donald.english@morganlewis.com

*Attorneys for Defendant*

*Admitted *Pro Hac Vice*

2

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)</u>

I, Keri L. Engelman, hereby certify that counsel for Takeda conferred in good faith with counsel for Plaintiffs regarding the issues raised in Takeda's Motion.  Plaintiffs do not assent to Takeda's Motion.

*/s/ Keri L. Engelman*
Keri L. Engelman

## <u>CERTIFICATE OF SERVICE</u>

I, Keri L. Engelman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 24, 2026.

*/s/ Keri L. Engelman*
Keri L. Engelman