# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
LISA AMOSON, ROBB HUCK,        )
TROBY LANE PARRISH, ALECIA     )
RAMSEY, LARRY HAROLD SAVAGE,)
JILLYN SCHMIDT, SANDRA         )
SALAZAR SILVA, BRITT HAROLD )
SINGLETON, SUSAN WELCH,        )
)
         Plaintiffs,    )
) Case No.:
v.                             ) 1:22-cv-11963-GAO
)
TAKEDA PHARMACEUTICALS         )
U.S.A., INC.,                  )
)
         Defendant.    )
_____)

VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
ALECIA RAMSEY
10:03 a.m.
Tuesday, October 31, 2023
(Taken via Zoom)

REPORTED BY:  Christine A. Taylor, RPR

Magna Legal Services
866-624-6221
www.MagnaLS.com



Page 334

process was finished.

Q.   What's your basis for your belief that -- I'm sorry, which company was it that didn't have a vaccine mandate?

A.   AbbVie.

Q.   AbbVie?

A.   AbbVie.

Q.   What's the basis of that knowledge?

A.   Because I had a former friend that worked there that now works at Corium that shared that insight with me that's not vaccinated.

MS. ENGELMAN:  I don't have anything else.

MR. DeMATTEO:  I don't have too much. So shouldn't take long.

EXAMINATION

BY MR. DeMATTEO:

Q.   Ms. Ramsey, I just have a few questions for you.  The first, do you have any religious objection to wearing a mask?

A.   No.

Q.   Did you wear a mask at all when you were working for Takeda?

A.   Yes.  When they were requiring it, that's exactly what I did.  I was following the



MAGNA

LEGAL SERVICES

Page 335

protocol that was put in place.

Q.    Is that something you were willing to continue doing?

A.    Yes.  It was something I included in my accommodation to work PPE and continue weekly testing.

Q.    So you just said that you were willing to continue testing.  So does that mean that you didn't have a religious objection to testing either?

A.    No.

MR. DeMATTEO:  I don't have anything else.  Thank you.

MS. ENGELMAN:  Okay.  Nothing from me.

THE VIDEOGRAPHER:  Do you want to go off the record?

MR. DeMATTEO:  Yes.

MS. ENGELMAN:  Yeah.

THE VIDEOGRAPHER:  Off the record, 5:43 p.m.

THE COURT REPORTER:  Counsel, do you both want the transcript?

MR. DeMATTEO:  Yes, please.  PDF only.

MS. ENGELMAN:  Yes, please.

(Deposition concluded at 5:43 p.m.)


MAGNA
LEGAL SERVICES

(Signature not reserved.)



MAGNA
LEGAL SERVICES

Page 337

STATE OF NORTH CAROLINA )

                          )    CERTIFICATE OF TRANSCRIPT

COUNTY OF UNION          )

I, CHRISTINE A. TAYLOR, RPR, a Notary Public within and for the State of North Carolina, do hereby certify:

That ALECIA RAMSEY, the witness whose deposition is hereinbefore set forth located in Iredell County, having produced satisfactory evidence of identification and having been first duly sworn by me, according to the emergency video notarization requirements contained in G.S. 10B-25, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not financially interested in the outcome of this action, a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of November, 2023.

_____*Christine A. Taylor*_____
CHRISTINE A. TAYLOR
Registered Professional Reporter
Notary Public 19960530077



MAGNA
LEGAL SERVICES