# Exhibit E

Sandra Silva                                                    October 25, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA AMOSON, ROBB HUCK,        )
TROBY LANE PARRISH,            )
ALECIA RAMSEY, LARRY           )
HAROLD SAVAGE, JILLYN          )
SCHMIDT, SANDRA SALAZAR        )
SILVA, BRITT HAROLD            )
SINGLETON, SUSAN WELCH,        )
                               )
          Plaintiffs,          )
                               ) Case No.:
VS.                            ) 1:22-cv-11963-GAO
                               )
TAKEDA PHARMACEUTICALS         )
U.S.A., INC.,                  )
                               )
          Defendant.           )

**************************************************************

ORAL AND VIDEOTAPED DEPOSITION OF
SANDRA S. SILVA
OCTOBER 25, 2023
(Taken Via Remote Videoconference)

**************************************************************

ORAL AND VIDEOTAPED DEPOSITION OF SANDRA S. SILVA, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on the 25th of October, 2023, from 9:06 a.m. to 2:44 p.m., before Mona S. Whitmarsh, Certified Shorthand Reporter, in and for the State of Texas, reported by machine shorthand via Zoom videoconference, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



Q    Okay.  And who -- what was that?  What office?

A    Dr. Frank Martinez.  And that was actually my primary care practitioner's office.

Q    Okay.  And did you have a conversation with him or his office that you were not vaccinated?

A    Yes.

Q    And what did they say?

A    I was not allowed to go back.  I could -- I could come to the window.  If they needed samples or anything like that, then they would come to the window and sign for samples.

Q    Okay.  Any other facilities that you had conversations with about the COVID-19 vaccine or otherwise required vaccine status?

A    Okay.  Say that again.

Q    Any other facilities that required vaccine -- a vaccination before entering the facility?

A    Not that I remember, no.

Q    Okay.  Any other conversations that you had with healthcare providers in your area about the COVID-19 vaccine generally?

A    No.  I mean -- I mean, if they brought it up to me, but no.  I mean, I -- no.  I -- I -- it wasn't something that I -- I mean, it was, you know, a conversation when you haven't seen somebody in a long



time.  And you are like, oh, my gosh, crazy what's going on, blah, blah, blah.  That kind of thing.

Q    And did you ever discuss with any of the healthcare providers in your area about Takeda's vaccine mandate?

A    Yes.

Q    Who did you discuss that with?

A    My primary care office.  My personal one.

Q    Okay.  In connection with your personal decision?

A    Yes.

Q    Okay.  And remind me.  What was that conversation?

A    They were just asking me what happened, you know, because I wasn't coming around anymore.

Q    Uh-huh.

A    So I just told the truth.

Q    Okay.  And what did they say in response?

A    They really didn't say much.  Just, you know, "sorry to hear that."

Q    Who specifically did you speak with at that office?

A    Jessica Gagnon is my family nurse practitioner.

Q    Okay.  And, by the way, in your accommodation



request, what -- what accommodation were you actually requesting?  How is it that you anticipated that you would do your job without vacc- -- without a vaccine?

A    How it was I anticipated doing my job without a vaccine?

Q    Uh-huh.

A    Well, I thought maybe I could do it virtually. And a lot of offices weren't requiring for you to be vaccinated to come into their office.

Q    Right.  But irrespective, Takeda was requiring it.  So without the ability to go in person, under Takeda's requirements, how -- how was it that you expected to be able to do your job?

A    I could do it virtually.

MR. DeMATTEO:  Objection to form.

MS. ENGELMAN:  Celina, can we grab 4, please.

(EXHIBIT 10 WAS MARKED.)

Q    Ms. Silva, do you recognize this document? This is the original responses to interrogatories that you provided to Takeda.

MS. ENGELMAN:  And we can scroll down, Celina, and show her signature.

A    Yes, yes.

Q    Is that your signature?  Okay.



Sandra Silva                                          October 25, 2023
                                                      Page 137

Did you prepare this document?

A    Yes.

Q    Okay.

MS. ENGELMAN:  Celina, can you scroll up, please.

Q    So if we go to interrogatory number 1, this asks for the compensation that you are seeking in this lawsuit.  Do you see that?

A    Yes.

Q    And you come up with $490,267.64.  Do you see that?  Excuse me.

A    Yes.

Q    And how did you come up with that formula?  There is a calculation below it.

A    I don't -- I'm sorry.  I interrupted.  What did you say?

Q    There is a calculation below it you can see now.

A    Uh-huh.  So I took my salary and just multiplied that by 2 and a half times.

Q    And why did you use 2 and a half times?

A    I heard that somewhere.  I can't remember where I heard that, but I heard that --

Q    Okay.

A    -- before.



THE STATE OF TEXAS:

COUNTY OF HARRIS:

I, Mona S. Whitmarsh, a Certified Shorthand Reporter, hereby certify that the foregoing testimony was given before me after the Witness had been first duly sworn.

I further certify that this deposition was transcribed under my direction and is a complete and correct transcript of the proceedings; and that it is being filed with the Court in accordance with the Stipulation of Counsel contained in this deposition.

I further certify that I am neither attorney for, related to, nor employed by any of the parties to the lawsuit in which this deposition was taken.  Further, I am neither related to nor employed by any attorney of record in this cause; nor do I have a financial interest in the matter.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 6th day of November, 2023.

_____
Mona S. Whitmarsh
Texas CSR No. 3986
Expiration Date:  04/30/24

MAGNA LEGAL SERVICES
Firm Registration No. 633
866-624-6221
www.MagnaLS.com

