**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LISA AMOSON, ROBB HUCK, ALECIA
RAMSEY, LARRY HAROLD SAVAGE,
JILLYN SCHMIDT, SANDRA SALAZAR
SILVA, BRITT HAROLD SINGLETON,
SUSAN WELCH,

        Plaintiffs,

    v.

TAKEDA PHARMACEUTICALS U.S.A.,
INC.,

        Defendant.

Case No.: 1:22-cv-11963-LTS

## ASSENTED-TO MOTION TO ALLOW REMOTE ACCESS TO MEDIATION

Defendant Takeda Pharmaceuticals U.S.A., Inc. ("Takeda"), by and through its undersigned counsel, hereby moves to allow remote access to the upcoming alternative dispute resolution hearing, currently set for July 2, 2026, at 10:00 AM in Courtroom 7 (the "Mediation"). *See* Doc. No. 171.  In support of this motion, Takeda states as follows:

1.      On May 27, 2026, this Court scheduled the Mediation for July 2, 2026, at 10:00 AM.  *See* Doc. No. 171.

2.      Undersigned counsel (Attorneys Engelman and Antonellis), as well as Takeda's Head Counsel of Litigations, who has full settlement authority, will be present at the Mediation in person.  However, another in-house counsel from Takeda wishes to attend the Mediation remotely.  Takeda therefore respectfully requests that the Court grant it remote access for the limited purpose of having additional in-house counsel from Takeda attend remotely.

3.      Good cause exists to grant this motion.  Takeda's additional in-house counsel is located in Chicago and has scheduling conflicts that prohibit her from attending the Mediation in person.

4.      Counsel for Takeda has conferred in good faith with counsel for Plaintiffs regarding this motion.  Counsel for Plaintiffs consent to the requested relief.

WHEREFORE, Takeda respectfully requests that the Court grant the instant motion to allow remote access to the upcoming Mediation, currently set for July 2, 2026, at 10:00 AM in Courtroom 7.

Dated: July 2, 2026

Respectfully submitted,

By: */s/ Celina Antonellis*
Celina Antonellis (BBO# 708904)

Keri L. Engelman (BBO# 704360)
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, MA 02110
Tel. (617) 341-7700
Fax. (617) 341-7701
celina.antonellis@morganlewis.com
keri.engelman@morganlewis.com

Thomas A. Linthorst*
Jason J. Ranjo*
**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540
Tel. (609) 919-6600
Fax. (609) 919-6701
thomas.linthorst@morganlewis.com
jason.ranjo@morganlewis.com

Donald E. English Jr.*
Tonecia Brothers-Sutton*
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax. (202) 739-3001
donald.english@morganlewis.com
tonecia.brothers-sutton@morganlewis.com

*Attorneys for Defendant*

*Admitted *Pro Hac Vice*

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Celina Antonellis, hereby certify that counsel for Takeda conferred in good faith with counsel for Plaintiffs regarding the issues raised in the foregoing motion.  Plaintiffs assent to Takeda's motion.

*/s/ Celina Antonellis*
Celina Antonellis

## CERTIFICATE OF SERVICE

I, Celina Antonellis, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 2, 2026.

*/s/ Celina Antonellis*
Celina Antonellis