**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Lisa Amoson et al | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:22-cv-11963-LTS |
| v. | ) ) | |
| Takeda Pharmaceuticals U.S.A., Inc. | ) ) ) | |
| Defendant. | ) ) | |

## 60 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

60 days if settlement is not consummated.

By the Court,

Date: 7/6/2026                                  /s/ Samantha Dore
                                                 Courtroom Deputy Clerk
                                                 The Honorable Leo T. Sorokin

To: All Counsel