**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Amoson et al
_____
Plaintiff(s)

V.

Takeda Pharmaceuticals U.S.A., Inc.
_____
Defendant(s)

CIVIL ACTION

NO. 1:22-cv-11963-LTS
_____

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Sorokin
_____

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 7/6/2026 _____ I held the following ADR proceeding:

☐ SCREENING CONFERENCE        ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                   ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                  ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a ___60___ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


7/6/2026
_____
DATE

/s/ Stephanie Garvin
_____
Deputy Clerk    ▼


(ADRReportforpdf.wpd  - 4/12/2000)